IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUF DIVISION

**KINGRALE COLLINS**     **PETITIONER**
**ADC #SK945**

v.     Case No. 5:13-cv-00111-KGB

**STATE OF ARKANSAS**     **RESPONDENT**

## ORDER

Petitioner Kingrale Collins, through counsel, filed a motion to dismiss voluntarily his *pro se* petition for writ of habeas corpus without prejudice (Dkt. No. 8). In support of his motion, Mr. Collins represents that he was sentenced to death by the Circuit Court for Cross County, Arkansas, on October 21, 1997; on January 28, 2013, the Circuit Court vacated Mr. Collins's death sentence and resentenced him to life in prison without parole; that, accordingly, this action is moot; and that, as a condition of Mr. Collins's resentencing, he has agreed to waive any future legal actions relative to the instant conviction.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Mr. Collins has the right to dismiss voluntarily his claims against respondent before the opposing party serves either an answer or a motion for summary judgment without a Court Order. Mr. Collins has done so in this case. Therefore, Mr. Collins's *pro se* petition for writ of habeas corpus is dismissed without prejudice.

SO ORDERED this 7th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE